## BALL *v.* BALFE ET AL.

APPEAL from the Tippecanoe Common Pleas.

OSBORN, J.—This case is, in every respect, like the case of *Ball* v. *Balfe, ante*, p. 221 ; and for the reasons given in that case, this is affirmed, with costs.

*W. C. L. Taylor* and *E. A. Greenlee*, for appellant.

*J. R. Coffroth* and *T. B. Ward*, for appellees.